United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12290-elf
In Ju Kim                                                           Chapter 13
Mi Ra Kim
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1              Date Rcvd: Apr 15, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.
db/jdb         +In Ju Kim,   Mi Ra Kim,   206 Chestnut Avenue,   Media, PA 19063-5750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2019 at the address(es) listed below:
        HAE YEON BAIK    on behalf of Joint Debtor Mi Ra Kim haeyeon.baik@verizon.net,
         d.chandler6@verizon.net
        HAE YEON BAIK    on behalf of Debtor In Ju Kim haeyeon.baik@verizon.net,   d.chandler6@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 4

**IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: In Ju Kim &      :   No. 19-12290-elf
       Mi Ra Kim
       Debtors          :   Chapter 13

**ORDER**

AND NOW, this __12th__ day of __April__, 2019, upon consideration of Debtors' Motion for Extension of Time to File Documents, it is hereby **ORDERED** that said Motion is **GRANTED**.

Debtors shall file their remaining documents no later than __May 9__, 2019.

No further extensions shall be granted.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**