# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 19-12290-ELF

    IN JU KIM
    MI RA KIM
    206 CHESTNUT AVENUE

    MEDIA, PA 19063-

        Debtor

## **CERTIFICATE OF SERVICE**

        **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    IN JU KIM
    MI RA KIM
    206 CHESTNUT AVENUE

    MEDIA, PA 19063-

Counsel for debtor(s), by electronic notice only.

    HAE YEON BAIK, ESQ.
    1100 VINE ST.
    2ND FL, UNIT C8 & C9
    PHILADELPHIA, PA 19107-

                                                /S/ William C. Miller

Date: 7/31/2019

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee