The Baik Law Firm, P.C.
BY: HAE YEON BAIK, ESQUIRE
PA Attorney ID No. 71693
1100 Vine Street, C8 & C9
Philadelphia, PA 19107
PHONE: (215) 232-5000
FAX:   (215) 232-3394                                    Attorney for
E-MAIL: haeyeon.baik@baikandassociates.com                  Debtors

---

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: In Ju Kim &            :  No. 19-12290-elf
       Mi Ra Kim
       Debtors                :  Chapter 13

---

### NOTICE OF OBJECTION TO CLAIM & HEARING DATE

DEBTORS IN JU KIM & MI RA KIM have filed an Objection to the Proof of Claim filed by the Internal Revenue Service ("IRS") in this bankruptcy case.

**The Claim of IRS may be reduced, modified or eliminated.**

You should read these pages carefully and discuss them with your attorney, if you have one.

If you do not want the Court to eliminate or change the claim of IRS, you or your attorney must attend the hearing on the Objection, scheduled to be held before the Hon. Eric L. Frank on Tuesday, 11/26/19 at 1 p.m. in Courtroom 1, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107. If you or your attorney do not attend the hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

BY:

/s/ Hae Yeon Baik                            10/21/19
Hae Yeon Baik, Esquire                       Date
Attorney for Debtors

The Baik Law Firm, P.C.
1100 Vine Street, Units C8 & C9
Philadelphia, PA 19107
PHONE: (215) 232-5000
FAX:   (215) 232-3394
E-MAIL: haeyeon.baik@baikandassociates.com