**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF EASTERN DISTRICT**
**OF PENNSYVANIA**
**Philadelphia**

IN RE: In Ju Kim                                        CASE NO.:19-12290
Debtor
Mi Ra Kim
Joint Debtor

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>New Residential Mortgage LLC</u><br>Name of Transferee | <u>Ditech Financial LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Court Claim # (if known):8-2<br>Amount of Claim: <u>$314.960.08</u><br>Date Claim Filed: 11/26/2019 |
| Phone: <u>800-365-7107</u><br>Last Four Digits of Acct #: 9934 | Phone: <u>(888) 298-7785</u><br>Last Four Digits of Acct #:6366 |

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Harold Kaplan</u>                                Date: <u>January 14, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF EASTERN DISTRICT**
**OF PENNSYVANIA**
**Philadelphia**

| | |
|---|---|
| **IN RE: In Ju Kim**<br>**Debtor**<br>**Mi Ra Kim**<br>**Joint Debtor** | **CASE NO.:19-12290** |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 14, 2020</u>, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

**In Ju Kim**
206 Chestnut Avenue
Media, PA 19063

**Mi Ra Kim**
206 Chestnut Avenue
Media, PA 19063
And via electronic mail to:

**HAE YEON BAIK**
The Baik Law Firm, P.C.
1100 Vine Street
Suite C8
Philadelphia, PA 19107

**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

                        RAS CRANE LLC
                        Authorized Agent for Secured Creditor
                        10700 Abbott's Bridge Road, Suite 170
                        Duluth, GA 30097
                        Telephone: 470-321-7112
                        Facsimile: 404-393-1425
                        By: <u>/s/ Malick Joof</u>
                        Email: <u>mjoof@rascrane.com</u>