The Baik Law Firm, P.C.
BY: HAE YEON BAIK, ESQUIRE
PA Attorney ID No. 71693
1100 Vine Street, Unit C-8
Philadelphia, PA 19107
PHONE: (215) 232-5000
FAX:   (215) 232-3394                                    Attorney for
E-MAIL: haeyeon.baik@baikandassociates.com                  Debtors

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: In Ju Kim &          :   No. 19-12290-elf
       Mi Ra Kim
         Debtors            :   Chapter 13

**DEBTORS' PRAECIPE TO WITHDRAW OBJECTION TO CLAIM OF CREDITOR INTERNAL REVENUE SERVICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw, without prejudice, Debtors' Objection to Claim of Creditor Internal Revenue Service.

Respectfully submitted,

1/16/20                            /s/ Hae Yeon Baik
Date                               Hae Yeon Baik, Esquire
                                   Attorney for Debtors