United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-12290-elf
In Ju Kim   Chapter 13
Mi Ra Kim
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: JEGilmore   Page 1 of 1   Date Rcvd: Jan 15, 2020
                            Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
14344658      Ditech Financial LLC,   P.O. Box 12740,   Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
        HAE YEON BAIK   on behalf of Joint Debtor Mi Ra Kim haeyeon.baik@verizon.net, d.chandler6@verizon.net
        HAE YEON BAIK   on behalf of Debtor In Ju Kim haeyeon.baik@verizon.net,   d.chandler6@verizon.net
        HAROLD N. KAPLAN   on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
        KEVIN G. MCDONALD   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        LEONARD B. ALTIERI, III   on behalf of Creditor    Delaware County Tax Claim Bureau laltieri@toscanigillin.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12290-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

In Ju Kim
206 Chestnut Avenue
Media PA 19063

Mi Ra Kim
206 Chestnut Avenue
Media PA 19063

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/17/20

Tim McGrath
**CLERK OF THE COURT**