The Baik Law Firm, P.C.
BY: HAE YEON BAIK, ESQUIRE
PA Attorney ID No. 71693
1100 Vine Street, Suite C-8
Philadelphia, PA 19107
PHONE: (215) 232-5000
FAX:   (215) 232-3394                                    Attorney for
E-MAIL: haeyeon.baik@baikandassociates.com                 Debtors

**IN THE U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: In Ju Kim &        :   No. 19-12290-elf
       Mi Ra Kim
         Debtors          :   Chapter 13

**CERTIFICATE OF SERVICE**

I, Hae Yeon Baik, Esquire, attorney for the above-captioned Debtors, hereby certify that on the date below, I sent to the following parties the attached 3rd Amended Chapter 13 Plan to the below addresses via the following means:

**VIA 1st CLASS MAIL:**

Ditech Financial, LLC
P.O. Box 12740
Tempe, AZ 85284-0046

New Residential Mortgage, LLC
P.O. Box 19826
Greenville, SC 29603-0826

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Commonwealth of PA
Department of Revenue
Bankruptcy Division
P.O. Box 28094
Harrisburg, PA 17128-0946

American Express National Bank
C/O Zwicker & Associates, P.C.
P.O. Box 9043
Andover, MA 01810-1041

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

**VIA ELECTRONIC FILING SYSTEM:**

Office of William C. Miller, Esquire
Chapter 13 Standing Trustee
ecfemailis@ph13trustee.com

Office of U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

Leonard B. Altieri, III, Esquire
(On behalf of Delaware County Tax Claim Bureau)
laltieri@toscanigillin.com

Kevin G. McDonald, Esquire
(On behalf of Ditech Financial, LLC)
bkgroup@kmllawgroup.com

Harold N. Kaplan, Esquire
(On behalf of New Residential Mortgage, LLC)
hkaplan@rasnj.com


BY:

/s/ Hae Yeon Baik                                    2/3/20
Hae Yeon Baik, Esquire                               Date
Attorney for Debtors