**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  In Ju Kim
      Mi Ra Kim

                     Debtors

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
                  v.
In Ju Kim
Mi Ra Kim
               and
William C. Miller Esq.
                  Trustee

Chapter 13

NO. 19-12290 ELF

## ORDER

AND NOW, this  25th  day of  March , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 17, 2019  it is **ORDERED**  that:

The automatic stay under 11 U.S.C. SSections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 206 Chestnut Avenue Media, PA 19063.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**