United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
In Ju Kim  
Mi Ra Kim  
    Debtors

Case No. 19-12290-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore       Page 1 of 1       Date Rcvd: Mar 25, 2020  
                     Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
db/jdb         +In Ju Kim,    Mi Ra Kim,    206 Chestnut Avenue,    Media, PA 19063-5750

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 26 2020 03:26:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 03:26:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 26 2020 03:26:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: duffyk@co.delaware.pa.us Mar 26 2020 03:26:43      Delaware County Tax Claim Bureau,
                 201 West Front Street,    Government Center Building,    Media, PA 19063-2708
                                                                                              TOTAL: 4

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2020 at the address(es) listed below:
      HAE YEON BAIK    on behalf of Debtor In Ju Kim haeyeon.baik@verizon.net,   d.chandler6@verizon.net
      HAE YEON BAIK    on behalf of Joint Debtor Mi Ra Kim haeyeon.baik@verizon.net,
       d.chandler6@verizon.net
      HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
       laltieri@toscanigillin.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                        TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  In Ju Kim<br>        Mi Ra Kim<br>                           Debtors<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>                    v.<br>In Ju Kim<br>Mi Ra Kim<br>             and<br>William C. Miller Esq.<br>                       Trustee | Chapter 13<br><br><br>NO. 19-12290 ELF |

### ORDER

AND NOW, this 25th day of March, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 17, 2019 it is **ORDERED** that:

The automatic stay under 11 U.S.C. SSections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 206 Chestnut Avenue Media, PA 19063.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**