The Baik Law Firm, P.C.
BY: HAE YEON BAIK, ESQUIRE
Attorney ID No. 71693
1100 Vine Street, Unit C-8
Philadelphia, PA 19107
PHONE: (215) 232-5000
FAX:   (215) 232-3394                                    Attorney for
E-MAIL: haeyeon.baik@baikandassociates.com                  Debtors

IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: In Ju Kim &           :    No. 19-12290-elf
       Mi Ra Kim
         Debtors             :    Chapter 13

### DEBTORS' ANSWER TO TRUSTEE'S AMENDED MOTION TO DISMISS

Debtors, through their attorney, Hae Yeon Baik, Esquire, file the following Answer to the Chapter 13 Standing Trustee's amended motion to dismiss:

1. Denied. Debtors to file Amended Schedules I & J prior to the hearing to reflect their changes in income and expenses.

2. Admitted in part, denied in part. Debtors are currently behind in their payments, but are seeking to be current by the time of the hearing.

    WHEREFORE, Debtors respectfully request this Honorable Court to deny the Trustee's amended motion.

                                    Respectfully submitted,

4/2/20                              /s/ Hae Yeon Baik
Date                                Hae Yeon Baik, Esquire
                                    Attorney for Debtors