IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   In Ju Kim<br>   Mi Ra Kim<br><br>Debtor(s) | Chapter 13<br><br>Case No. 19-12290ELF |

### PRAECIPE FOR ENTRY OF APPEARNCE

TO THE COURT:

Please enter the appearance of Brad J. Sadek, Esquire, of Sadek and Cooper, on behalf of the Debtors in the above captioned matter.

Thank you for updating the docket accordingly.

Dated: _____April 7, 2020_____           /s/ Brad J. Sadek_____
                                                                 Brad J. Sadek, Esquire
                                                                 Sadek and Cooper
                                                                 1315 Walnut Street, Suite 502
                                                                 Philadelphia, PA 19107
                                                                 215-545-0008

                                                                Substitute Counsel for the Debtor

Dated: 04. 07. 2020                _____
                                                                In Ju Kim
                                                                Debtor

Date: 04. 07. 2020                 _____
                                                                Mi Ra Kim
                                                                Debtor