**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | In Ju Kim | : | Chapter 13 |
| | And, | : | |
| | Mi Ra Kim | : | |
| | Debtors | : | Case No. 19-12290-elf |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

**TOSCANI & GILLIN, P.C.**

**Dated:** **4/9/2020**         **BY:** /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063
Phone (610) 565-2211
Fax (610) 565-1846
sbottiglieri@toscanigillin.com
Counsel to Delaware County Tax Claim Bureau

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearance on behalf of the Delaware County Tax Claim Bureau in the above case.

Respectfully submitted:

**TOSCANI & GILLIN, P.C.**

**Dated:** **4/9/2020**         **BY:** /s/ Leonard B. Altieri, III
Leonard B. Altieri, III, Esquire