U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| In Ju Kim | : |
| Mi Ra Kim | : |
| | : Case No.: 19-12290ELF |
| | : |
| Debtor(s) | : Chapter 13 |

**Amended**

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., hereby certify that on April 8, 2020, a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and:

**New Residential Mortgage LLC**
**Michael Nierenberg, CEO & President**
P.O. Box 10826
Greenville, SC 29603-0826

**RAS CRANE LLC**
**As Authorized Agent for New Residential Mortgage LLC**
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

Very Truly Yours,

Date:   May 14, 2020

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire