## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  In Ju Kim<br>Mi Ra Kim | | |
| | Debtors | CHAPTER 13 |
| Ditech Financial LLC | | |
| | Movant | |
| vs. | | |
| | | NO. 19-12290 ELF |
| In Ju Kim<br>Mi Ra Kim | | |
| | Respondents | |
| William C. Miller, Esquire | | |
| | Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of  Ditech Financial LLC which was filed with the

Court on or about June 26, 2019 (Document No. 21).

Respectfully submitted,

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

June 16, 2020