# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-12290(ELF) |
| IN JU KIM and | : | CHAPTER 13 |
| MI RA KIM | : | |
|     Debtors | : | HEARING SCHEDULED FOR |
| | : | SEPTEMBER 15, 2020 AT 9:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on August 19, 2020, upon the following individuals:

                                      LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: August 19, 2020        By: /s/ Regina Cohen
                                                Regina Cohen, Esquire
                                                Attorneys for Ally Bank

## SERVICE LIST

Hae Yeon Baik, Esquire
The Baik Law firm, P.C.
1100 Vine Street
Suite C8
Philadelphia, PA 19107
(Via ECF Only)

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(Via ECF Only)

William C. Miller, Esquire
Chapter 13 Trustee
P. O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)

In Ju Kim
Mi Ra Kim
206 Chestnut Avenue
Media, PA 19063

2181184v1