Certificate Number: 03088-PAE-DE-038420550

Bankruptcy Case Number: 19-12290



03088-PAE-DE-038420550

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2024, at 11:51 o'clock PM CDT, In Ju Kim completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 26, 2024            By:   /s/Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor