Certificate Number: 03088-PAE-DE-038420551

Bankruptcy Case Number: 19-12290



03088-PAE-DE-038420551

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2024, at 11:51 o'clock PM CDT, Mi Ra Kim completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 26, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor