United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
In Ju Kim  
Mi Ra Kim  
    Debtors

Case No. 19-12290-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 02, 2024      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | In Ju Kim, Mi Ra Kim, 206 Chestnut Avenue, Media, PA 19063-5750 |
| 14526452 | + | Ally Bank, c/o Regina Cohen, Esquire, Lavin, Cedrone, Graver, Boyd & Disipio, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 14304996 | + | County of Delaware, Treasurer's Office, 201 W. Front Street, Ground Floor, Media, PA 19063-2708 |
| 14346826 | + | Delaware County Tax Claim Bureau, c/o Leonard B. Altieri, III, Esquire, Tax Claim Bureau, 230 N. Monroe Street, Media, Pa 19063-2908 |
| 14344658 | | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14309109 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14304998 | | Ditech Financial, LLC, 3000 Baypoint Drive, Suite 880, Tampa, FL 33607 |
| 14305000 | + | Jonathan P. Cawley, Esquire, Zwicker & Zwicker, 3220 Tillman Drive, Bensalem, PA 19020-2050 |
| 14305003 | + | Linebarger, Goggan, Blair & Sampson, LLP, 75 S. Houcks Road, Suite 302, Harrisburg, PA 17109-2835 |
| 14305004 | + | Rose Tree Media School District, 308 N. Olive Street, Media, PA 19063-2493 |
| 14305005 | #+ | Township of Middletown, Finance Department, 27 N. Pennell Road, P.O. Box 157, Glen Riddle Lima, PA 19037-0157 |
| 14305007 | | U.S. Department of Education, Fed Loans, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14340537 | | Email/Text: ally@ebn.phinsolutions.com | May 02 2024 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621699 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 02 2024 23:54:27 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14304990 | | Email/Text: ally@ebn.phinsolutions.com | May 02 2024 23:49:00 | Ally Financial, ATTN: Bankruptcy Unit, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 14304991 | | Email/PDF: bncnotices@becket-lee.com | May 02 2024 23:56:33 | American Express Bank, P.O. Box 981535, El Paso, TX 79998-1535 |
| 14314642 | + | Email/Text: bkfilings@zwickerpc.com | May 02 2024 23:50:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14324757 | + | Email/PDF: ebn_ais@aisinfo.com | May 02 2024 23:55:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-12290-pmm    Doc 124    Filed 05/04/24    Entered 05/05/24 00:29:46    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14304992 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2024 23:54:28 | Capital One I, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14304993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2024 23:55:24 | Capital One II, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14304994 | + | Email/Text: megan.harper@phila.gov | May 02 2024 23:50:00 | City of Philadelphia, Department of Revenue, Compliance Division, 1401 JFK Blvd., 4th Floor, Philadelphia, PA 19102-1607 |
| 14304995 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 23:49:00 | Commonwealth of Pennsylvania, Department of Revenue, Bankruptcy Division, P.O. Box 28094, Harrisburg, PA 17128-0946 |
| 14304997 | | Email/Text: mrdiscen@discover.com | May 02 2024 23:49:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14318189 | | Email/Text: mrdiscen@discover.com | May 02 2024 23:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14304999 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 02 2024 23:49:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14305001 | ^ | MEBN | May 02 2024 23:37:09 | KML Law Group, P.C., ATTN: Kevin G. McDonald, Esq;ure, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 14305002 | | Email/Text: PBNCNotifications@peritusservices.com | May 02 2024 23:49:00 | Kohl's/Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14452021 | | Email/Text: mtgbk@shellpointmtg.com | May 02 2024 23:49:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14305006 | + | Email/Text: edbknotices@ecmc.org | May 02 2024 23:49:00 | U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20202-0008 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor In Ju Kim brad@sadeklaw.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 02, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
    on behalf of Joint Debtor Mi Ra Kim brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

HAE YEON BAIK
    on behalf of Joint Debtor Mi Ra Kim haeyeon.baik@verizon.net d.chandler6@verizon.net

HAE YEON BAIK
    on behalf of Debtor In Ju Kim haeyeon.baik@verizon.net d.chandler6@verizon.net

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: In Ju Kim and Mi Ra Kim

        Debtor(s)                                Case No: 19−12290−pmm

                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/2/24

                                                                                                         123 − 122
                                                                                                    Form 138OBJ